NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## OFFICE AUTOMATION & TRAINING CONSULTANTS CORPORATION,
*Appellant,*

**v.**

## John McHugh, SECRETARY OF THE ARMY,
*Appellee.*

---

2012-1242

---

Appeal from the Armed Services Board of Contract Appeals in no. 56838, Administrative Judge Diana S. Dickinson.

---

**JUDGMENT**

---

DANIEL B. ABRAHAMS, Brown Rudnick, LLP, of Washington, DC, argued for appellant.

HAROLD D. LESTER, JR., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E.

DAVIDSON, Director, and BRYANT S. SNEE, Deputy Director. Of counsel on the brief was BRYAN E. MILLER, Assistant District Counsel, Buffalo District, United States Army Corps of Engineers, of Buffalo, New York.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT



November 14, 2012          _____/s/ Jan Horbaly_____
Date                    Jan Horbaly
                        Clerk